**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| EMMETT GADDIS, )<br>)<br>Petitioner, )<br>v. )<br>)<br>AL C. PARKE, Superintendent, )<br>)<br>Respondent. ) | No. 1:07-cv-076-RLY-TAB |

**E N T R Y**

The petitioner has been discharged from the custody of the Indiana Department of Correction. He is not in physical custody and is also not on parole. Accordingly, there is no longer any meaningful relief which can be awarded to the petitioner in this action and the respondent's motion to dismiss is **granted.** *Powell v. McCormack,* 395 U.S. 486, 496 (1969)(a case or controversy, once initiated, becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome."). A court lacks jurisdiction over a claim which is moot, *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997). An action over which the court lacks jurisdiction must be dismissed. *Steel Co. v. Citizens for a Better Environment,* 118 S. Ct. 1003, 1012 (1998).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 7/10/07

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana