UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

EMMETT GADDIS,                           )
                                         )
                    Petitioner,          )
v.                                       )   No. 1:07-cv-076-RLY-TAB
                                         )
AL C. PARKE, Superintendent,             )
                                         )
                    Respondent.          )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 07/10/2007

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Emmett Gaddis
DOC # 113992
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135-9275

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov